UNITED STATES of America,
Appellee,

v.

Waco Wayne CRISWELL, Appellant.

No. 9423.

United States Court of Appeals
Fourth Circuit.

Argued Sept. 22, 1964.

Decided Sept. 29, 1964.

Frank W. Smith, Jr., Richmond, Va. (court-assigned counsel) (Tucker, Mays, Moore & Reed, Richmond, Va., on brief) for appellant.

Paul R. Kramer, Asst. U. S. Atty. (Thomas J. Kenney, U. S. Atty., on brief), for appellee.

Before BOREMAN and BRYAN, Circuit Judges, and SIMONS, District Judge.

PER CURIAM:

Upon study of the record in this case, we find no error in the trial. The judgment of the District Court will be affirmed.

Affirmed.

UNITED STATES of America,
Appellee,

v.

Alvin Franklin JENKINS and Austin George Zumbrum, Appellants.

No. 9372.

United States Court of Appeals
Fourth Circuit.

Argued Sept. 23, 1964.

Decided Sept. 29, 1964.

Jack H. Olender and Jacob A. Stein, Washington, D. C., for appellants.

Paul M. Rosenberg, Asst. U. S. Atty. (Thomas J. Kenney, U. S. Atty., on brief), for appellee.

Before BOREMAN and J. SPENCER BELL, Circuit Judges, and SIMONS, District Judge.

PER CURIAM:

Upon review of the record we find no reversible error.

Affirmed.